UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24765-UU

CARLOS BRITO,

    Plaintiff,

v.

LESLIE REALTY, INC., MI CAFETERIA
NO. 1, CORP., and TEFFOO FOOD, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANTS, MI CAFETERIA NO. 1, CORP., and TEFFOO FOOD, LLC

Plaintiff, CARLOS BRITO, and Defendants, MI CAFETERIA NO. 1, CORP., and TEFFOO FOOD, LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 15th day of December, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Roberto Enrique Moran* |
| ANTHONY J. PEREZ | ROBERTO ENRIQUE MORAN |
| Florida Bar No.: 535451 | Florida Bar No. 59361 |
| GARCIA-MENOCAL & PEREZ, P.L. | Roberto E. Moran, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 2525 Ponce de Leon Boulevard |
| Miami, FL 33155 | Suite 300 |
| Telephone: (305) 553- 3464 | Coral Gables, FL 33134 |
| Facsímile: (305) 553-3031 | 305-570-2333 |
| Primary Email: ajperezlaw@gmail.com; | Fax: 305-570-2475 |
| aquezada@lawgmp.com | Email:rmoran@robertomoranlaw.com |
| *Attorney for Plaintiff* | *Counsel for Defendants MI CAFETERIA NO. 1, CORP., and TEFFOO FOOD, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 15th, day of December, 2020.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com
        aquezada@lawgmp.com;
        crodriguez@lawgmp.com;

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451