UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24765-UU

CARLOS BRITO,

    Plaintiff,

    v.

LESLIE REALTY, INC., MI CAFETERIA
NO. 1, CORP., and TEFFOO FOOD, LLC,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, CARLOS BRITO, by and through his undersigned counsel, hereby dismisses Defendant, LESLIE REALTY, INC., without prejudice.

Dated this December 16, 2020.

        Respectfully Submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 SW 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: aquezada@lawgmp.com

        By*: /s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 16, 2020.

Respectfully Submitted,

GARCIA-MENOCAL & PEREZ, P.L.
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: aquezada@lawgmp.com


By*: /s/ Anthony J. Perez*_____
ANTHONY J. PEREZ
Florida Bar No.: 535451